**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1117

WARREN S. WHITLOCK,

Plaintiff - Appellant,

v.

CHRISTINE WORMUTH, Secretary of the Army,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:21-cv-00008-AJT-JFA)

Submitted:  February 21, 2023                    Decided:  February 23, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Richard L. Swick, David H. Sharpiro, SWICK & SHAPIRO, P.C., Washington, D.C., for Appellant.  Jessica D. Aber, United States Attorney, Matthew J. Mezger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren S. Whitlock appeals the district court's order granting summary judgment in favor of the Secretary of the Army on Whitlock's retaliation and race and sex discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Whitlock v. Wormuth*, No. 1:21-cv-00008-AJT-JFA (E.D. Va. Dec. 28, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*